**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10   Vitria Technology, Inc.,                    NO. C 05-01951 JW

11                    Plaintiff,        **ORDER VACATING HEARING ON CIC'S**
          v.                            **MOTION TO DISMISS FOR IMPROPER**
12                                      **VENUE OR, IN THE ALTERNATIVE, TO**
     Cincinnati Insurance Company, et al.,   **CHANGE VENUE**
13
                  Defendant(s).
14   _____/

15

16        Pursuant to Local Rule 7-1(b), CIC Defendant's Motion to Dismiss for Improper Venue or, in

17   the alternative, to Change Venue is deemed submitted.  Thus, the Court vacates the hearing on this

     motion presently scheduled for **July 11, 2005 at 9 a.m.**
18

19

20   Dated: June 28, 2005                       /s/ James Ware
                                                JAMES WARE
21                                              United States District Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Christopher J. Sundermeier Sundermeierc@Cooley.com
   Daniel Kaleba dkaleba@cooley.com
3  Jeffrey L. Fillerup jfillerup@luce.com

4
   **Dated: June 28, 2005**                              **Richard W. Wieking, Clerk**
5

6                                                         **By:   /s/ JW Chambers**
                                                              **Ronald L. Davis**
7                                                             **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28